**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Partners, A Tasteful Choice Company** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)   **91-1601772** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**2361 South 211th St**
**Des Moines, WA 98198-5177**
Number, Street, City, State & ZIP Code

**King**
County

**PO Box 13688**
**Des Moines, WA 98198-9998**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.partnerscrackers.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 22-10060-TWD    Doc 1    Filed 01/13/22    Ent. 01/13/22 09:39:01    Pg. 1 of 47

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3119__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2022**
               MM / DD / YYYY

**X /s/ Cara Figgins**                              **Cara Figgins**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Thomas A. Buford**                    Date  **January 13, 2022**
Signature of attorney for debtor                    MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone  **(206) 292-2110**      Email address  **tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Partners, A Tasteful Choice Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 13, 2022**    X */s/ Cara Figgins*
                                   Signature of individual signing on behalf of debtor

                                   **Cara Figgins**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

| Debtor name | **Partners, A Tasteful Choice Company** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adams Vegetable Oils PO Box 956 Arbuckle, CA 95912** | **Gretchen Mross** gmross@adamsgrp.com 530-668-2005 | **Ingredients** | | | | $4,506.00 |
| **Alliance Packaging PO BOX 749702 LOS ANGELES, CA 90074-9702** | **Don Russell** drussell@alliancepackaging.net 206-849-7902 | **Packaging** | | | | $49,906.00 |
| **American Key Food Products 1 Reuten Dr Closter, NJ 07624** | **Edwin Pacia** edwin@akfponline.com 201-767-8022 | **Ingredient** | | | | $7,613.00 |
| **Bakemark PO Box 102566 Pasadena, CA 91189-2566** | **Barb Maki** barb.maki@bakemark.com 262-251-0977 | **Ingredient** | | | | $11,266.00 |
| **Biospringer PO Box 78209 Milwaukee, WI 53278-8209** | **Pam Rupp** p.rupp@biospringer.lesaffre.com 408-776-3535 | **Ingredient** | | | | $8,284.00 |
| **Bridgewell Agribusiness LLC PO BOX 2289 Clackamas, OR 97015-9594** | **Horace Harrison** hharrison@bridgewellab.com 503-702-2141 | **Ingredient** | | | | $65,159.00 |
| **DAVIS WRIGHT TREMAINE 920 FIFTH AVE SUITE 3300 Seattle, WA 98104-1610** | **Heather Wight-Axling** heatherwiteaxling@dwt.com 206-757-8168 | **Legal** | | | | $26,508.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DFMI**<br>**4305 Lynburn Drive**<br>**Tucker, GA 30084** | **Attn: Angela Gentry**<br><br>**AGentry@dfminc.biz**<br>**770-493-8608** | **Rep/Broker** | | | | **$4,663.00** |
| **Gemsa Oils**<br>**PO Box 1447**<br>**La Mirada, CA 90637-1447** | **Attn: Leo Sun**<br><br>**leo@gemsaoils.com**<br>**714-521-1736** | **Ingredient** | | | | **$10,100.00** |
| **Grain Millers**<br>**PO Box 912202**<br>**Denver, CO 80291-2202** | **Kelie Hardy**<br><br>**Kelie.Hardy@grainmillers.com**<br>**541-341-6461** | **Ingredient** | | | | **$15,544.00** |
| **Great Little Box Company**<br>**607 RIverside Rd, #100**<br>**Everett, WA 98201** | **Brad Weale**<br><br>**bweale@glbc.com**<br>**604-301-3700** | **Packaging** | | | | **$175,131.00** |
| **Lineage Logistics**<br>**PO Box 101389**<br>**Pasadena, CA 91189** | **Greg Temple**<br><br>**Grtemple@lineagelogistics.com**<br>**206-584-8856** | **Warehousing** | | | | **$9,386.00** |
| **Medosweet**<br>**PO Box 749**<br>**Kent, WA 98035-0749** | **Todd Waiss**<br><br>**todd@medosweet.com**<br>**253-852-4110** | **Ingredient** | | | | **$167,089.00** |
| **Napoleon Company**<br>**310 120th Ave NE A203**<br>**BELLEVUE, WA 98005** | **Tony Magnano**<br><br>**tony@napoleon-co.com**<br>**425-455-3776** | **Ingredient** | | | | **$9,108.00** |
| **Portco Packaging**<br>**211 5th St**<br>**WOODLAND, WA 98674** | **Tracy Moore**<br><br>**tmoore@portco.com**<br>**360-992-5239** | **Packaging** | | | | **$31,678.00** |
| **PSE**<br>**PO BOX 91269**<br>**BELLEVUE, WA 98009-9269** | **Customer Care Dept.**<br><br>**customercare@pse.com**<br>**888-225-5773** | **Phone & Utilities** | | | | **$45,049.00** |
| **Rogers Foods LTD**<br>**4420 Larkin Cross Rd**<br>**Armstrong, BC V0E1B6** | **Mike Ward**<br><br>**mward@rogersfoods.com**<br>**604-818-3701** | **Ingredient** | | | | **$25,988.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Royal Ingredients PO Box 7287 Carol Stream, IL 60197** | **Austin Buffington** AustinBuffington@royal-ingredients.com 312-785-2233 | **Ingredient** | | | | **$31,875.00** |
| **Transcendia PO Box 1418 Carol Stream, IL 60132-1418** | **Judy Gersch** Judy.gersch@Transilwrap.com 708-240-0181 | **Packaging** | | | | **$26,783.00** |
| **Woodland Pallet 104 Whalen Rd Woodland, WA 98674** | **Oscar Betancourt** Oscar_palletrec@icloud.com 360-624-3935 | **Packaging** | | | | **$16,000.00** |

Debtor name    **Partners, A Tasteful Choice Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................   $     0.00

   1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................   $     25,975,698.69

   1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................   $     25,975,698.69

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     13,674,712.62

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     127,187.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$     3,500,965.96

4.   **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b     $     17,302,865.58

Debtor name **Partners, a Tasteful Choice Company**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Checking** **Balance 1/13** | **Business Checking** | 1418 | **$0.00** |
| 3.2. | **Biz Exchange** **Balance 12/31** | **Barter Account** | 1593 | **$35,759.00** |
| 3.3. | **Bank of America** **Balance 1/12** | **Business Checking** | 3001 | **$264,608.49** |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$300,367.49** |
|---|

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Lease deposit Des Moines Creek BusinEss Park Phase III, LLC** | **$96,755.20** |
|---|---|---|

| | **IDDBA** | |
|---|---|---|
| 7.2. | Prepaid trade show June 2021 cancelled (apply to next year show) | $3,050.00 |

| | **Specialty Food Association** | |
|---|---|---|
| 7.3. | Prepaid trade show Jan 2022 | $1,720.00 |

| | **Sweets and Snacks** | |
|---|---|---|
| 7.4. | Prepaid trade show May 2022 | $5,095.00 |

| | **PLMA** | |
|---|---|---|
| 7.5. | Prepaid trade show 2020 cancelled (apply to next year show) | $4,500.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | **Oracle America Netsuite** | |
|---|---|---|
| 8.1. | Prepaid software license fees | $3,861.00 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$114,981.20

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **1,594,095.00** | - | **0.00** | = .... | **$1,594,095.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts Receivable as of 12/31** | | | | |

| 11a. 90 days old or less: | **14,989.00** | - | **0.00** | = .... | **$14,989.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Trade supplier rebates receivable** | | | | |

| 11b. Over 90 days old: | **7,113.00** | - | **0.00** | =.... | **$7,113.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts Receivable as of 12/31** | | | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,616,197.00

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials As of 12/31/2021 | 12/31/2021 | N/A | GAAP FIFO | $927,872.00 |
| 20. | Work in progress As of 12/31/2021 | 12/31/2021 | N/A | GAAP FIFO | $15,720.00 |
| 21. | Finished goods, including goods held for resale As of 12/31/2021 | 12/31/2021 | N/A | GAAP FIFO | $518,027.00 |
| 22. | Other inventory or supplies Maintenance Inventory as of 12/31/2021 | 12/31/2021 | N/A | GAAP FIFO | $558,063.00 |

| 23. | **Total of Part 5.** | | | | $2,019,682.00 |
|---|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value     474,159.00    Valuation method   **Actual Cost**    Current Value     474,159.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

**Office furniture & fixtures
[fully depreciated]
Historical cost: $13,415
12/31/2020 Net Book Value $474.00**      $0.00    Net Book Value      Unknown

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
communication systems equipment and software
Office equipment, incl computer,
communications, software
[fully depreciated]
Historical cost $160,328
12/31/2020 Net Book Value $12,498**      $0.00    Net Book Value      Unknown

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                     **$0.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2001 Freightliner Truck FL70 purchased<br>in 2010 - not in use.<br>[fully depreciated]<br>Historical cost $10,762<br>12/31/2020 Net Book Value $0.00** | $0.00 | N/A | Unknown |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>Production equipment 12/31/2021** | $6,435,357.00 | Net Book Value | $6,435,357.00 |

| **Leasehold improvements** | $575,359.00 | Net Book Value | $575,359.00 |

51. **Total of Part 8.**                                                    | $7,010,716.00 |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real property lease**<br>**2361 South 211th St.,**<br>**Des Moines, WA**<br>**98198** | Lessee | N/A | | Unknown |

56. **Total of Part 9.**                                                    | $0.00 |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.      **Patents, copyrights, trademarks, and trade secrets**

**Trademarks:**
**Eat Healthly Eat Wise, U.S. Serial Number**
**86306985**
**Mia Dolci, U.S. Serial Number 85069874**
**Everything and More, U.S. Serial Number**
**77802199**
**Free Your Taste Buds,  U.S. Serial Number**
**85853737**
**Kitchen Baked Naturals, U.S. Serial Number**
**88185557**
**Free For All Kitchen, U.S. Serial Number**
**85854223**
**Thoughtfully Sweet, U.S. Serial Number**
**87841519**
**Thankfully Gluten Free, U.S. Serial Number**
**87183609**
**Wisecrackers, U.S. Serial Number 75047663**
**All-American Cookies, U.S. Serial Number**
**76317807**
**All American Crackers, U.S. Serial Number**
**76318169**
**Free For All Kitchen Brownie Thins, U.S. Serial**
**Number 87245747**
**Partners A Tasteful Cracker, U.S. Serial**
**Number 78911534**
**Get Movin, U.S. Serial Number 78250422**
**Blue Star Farms, U.S. Serial Number 78143589**

| | | | |
|---|---|---|---|
| **Free Your Taste Buds** | **Unknown** | **N/A** | **Unknown** |

61.     **Internet domain names and websites**

**cookiesrock.com**
**crackersrock.com**
**eatcrackers.com**
**eatcrackers.net**
**eatcrackers.org**
**gourmetcrackers.com**
**granolarocks.com**
**icrackers.biz**
**icrackers.com**
**icrackers.net**
**miadolcicookies.com**
**partnerscrackers.com**
**partnerscrackers.net**
**partnerscrackers.org**
**Kitchenbakednaturals.com**

| | | |
|---|---|---|
| **kitchenbakeedclassics.com** | **Unknown** | **Unknown** |

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**
        **2018 Loan Fees Wells Fargo Bank $24,564**

| | | | |
|---|---|---|---|
| **[fully amortized]** | **$0.00** | **Net Book Value** | **$0.00** |
| **Recipes** | **Unknown** | | **Unknown** |

| 65. | **Goodwill** | | | |
|---|---|---|---|---|
| | **Goodwill** | $1,936.00 | N/A | Unknown |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes Fill in the information below.

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|

| 71. | **Notes receivable** | | | | |
|---|---|---|---|---|---|
| | Description (include name of obligor) | | | | |
| | **Shareholder Notes Cara Figgins:** | **See listed amounts** | - | 0.00 | = |
| | **01/01/2013 Face Amount $141,735.50;** | | | | |
| | **P&I through 12/31/2021: $153,227.53** | Total face amount | | doubtful or uncollectible amount | |
| | **01/01/2013 Face Amount $112,330.33;** | | | | |
| | **P&I through 12/31/2021: $121,438.17** | | | | |
| | **12/31/2013 Face Amount $9,733.22;** | | | | |
| | **P&I through 12/31/2021: $11,094.70** | | | | |
| | **12/31/2014 Face Amount $14,191.71;** | | | | |
| | **P&I through 12/31/2021: $15,991.14** | | | | |
| | **12/31/2015 Face Amount $13,107.19;** | | | | |
| | **P&I through 12/31/2021: $14,485.15** | | | | $316,237.00 |
| | **Shareholder Notes Greg Maestretti:** | **See listed amounts** | - | 0.00 | = |
| | **01/01/2013 Face Amount $194,050.25;** | | | | |
| | **P&I through 12/31/2021: $209,784.00** | Total face amount | | doubtful or uncollectible amount | |
| | **01/01/2013 Face Amount $102,369.20;** | | | | |
| | **P&I through 12/31/2021: $110,669.38** | | | | |
| | **12/31/2013 Face Amount $7,565.00;** | | | | |
| | **P&I through 12/31/2021: $8,623.19** | | | | |
| | **12/31/2014 Face Amount $10,562.46;** | | | | |
| | **P&I through 12/31/2021: $12,003.12** | | | | |
| | **12/31/2015 Face Amount $18,049.00;** | | | | |
| | **P&I through 12/31/2021: $19,946.48** | | | | $361,026.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

| **Shareholder Note Estate of Marian Harris:** 01/01/2013 Face Amount $216,316.65; P&I through 12/31/2021: $233,855.79 01/01/2013 Face Amount $189,831.12; P&I through 12/31/2021: $205,222.79 12/31/2013 Face Amount $67,881; P&I through 12/31/2021: $77,376.19 12/31/2014 Face Amount $63,291.61; P&I through 12/31/2021: $71,316.60 12/31/2015 Face Amount $ 74,678.31; P&I through 12/31/2021: $82,529.21 | **See listed amounts** Total face amount | - | unknown doubtful or uncollectible amount | = | **$670,301.00** |

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **Federal NOL carryforward**                        Tax year  **2020**        **$13,566,191.00**

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Claims against  Premium Brands Holdings Corporation and affiliates**                                              **TBD**

      | Nature of claim | **Tortious interference** |
      | Amount requested | **TBD** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                    **$14,913,755.00**

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $300,367.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $114,981.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,616,197.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,019,682.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,010,716.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $14,913,755.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,975,698.69 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $25,975,698.69

Debtor name **Partners, a Tasteful Choice Company**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Premium Brands Operating LP** | Describe debtor's property that is subject to a lien | $3,024,712.62 | Unknown |
|---|---|---|---|---|

**Premium Brands Operating LP**
Creditor's Name

**Includes accounts, inventory, equipment, general intangibles**
***$3,024,712.62 Note includes rollup of $164,925.45 in interest**

**100-10991 Shellbridge Way**
**Richmond BC V6X 3C6**
Creditor's mailing address

**Describe the lien**
**Security interest**
Is the creditor an insider or related party?

Creditor's email address, if known

☐ No
☑ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**12/21/2018 Note**
**$3,024,712.62***
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Well Fargo First Position Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Premium Brands Operating LP** | Describe debtor's property that is subject to a lien | $350,000.00 | Unknown |
|---|---|---|---|---|

**Premium Brands Operating LP**
Creditor's Name

**Includes accounts, inventory, equipment, general intangibles**

**100-10991 Shellbridge Way**
**Richmond BC V6X 3C6**
Creditor's mailing address

**Describe the lien**
**Security interest**
Is the creditor an insider or related party?

Creditor's email address, if known

☐ No
☑ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**12/27/2018 Note $350,000**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
Well Fargo First Position Lien

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Premium Brands Operating LP** | Describe debtor's property that is subject to a lien | **$350,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Includes accounts, inventory, equipment, general intangibles**

**100-10991 Shellbridge Way Richmond BC V6X 3C6**

Creditor's mailing address

**Describe the lien**

**Security interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☑ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**6/12/2019 Note $350,000**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Well Fargo First Position Lien

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Wells Fargo Bank** | Describe debtor's property that is subject to a lien | **$9,000,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Includes accounts, general intangibles, inventory goods, tools machinery and other equipment**

**MAC 01005-030**
**200 Burrard St., 3rd Floor**
**Vancouver BC V6C 3L6**

Creditor's mailing address

**Describe the lien**

**Security interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/21/2018 Note $9 million**
Last 4 digits of account number

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Premium Brands Second Position Lien

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Wells Fargo Bank** | Describe debtor's property that is subject to a lien | **$950,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Includes accounts, general intangibles, inventory goods, tools machinery and other equipment**

**MAC 01005-030**
**200 Burrard St., 3rd Floor**
**Vancouver BC V6C 3L6**

Creditor's mailing address

**Describe the lien**

**Security interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 3

**12/21/2018 LOC Note $1.5 million**
**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| Premium Brands Second Position Lien | ☐ Disputed |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$13,674,712.62**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ryan Swanson & Cleveland PLLC Kristin Nealey Meier 1201 Third Ave.#3400 Seattle, WA 98101** | Line   **2.1** | |
| **Ryan Swanson & Cleveland PLLC Kristin Nealey Meier 1201 Third Ave.#3400 Seattle, WA 98101** | Line   **2.2** | |
| **Ryan Swanson & Cleveland PLLC Kristin Nealey Meier 1201 Third Ave.#3400 Seattle, WA 98101** | Line   **2.3** | |
| **Wells Fargo 1700 Lincoln St. 3rd Floor MAC C7300-033 Denver, CO 80203** | Line   **2.4** | |
| **Wells Fargo 1700 Lincoln St. 3rd Floor MAC C7300-033 Denver, CO 80203** | Line   **2.5** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name    **Partners, A Tasteful Choice Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **Internal Revenue Svc (UT)** Ogden, UT 84201-0059 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $90,974.00 | $90,974.00 |
| | Date or dates debt was incurred | Basis for the claim: **CARES ACT Sect 2302 Deferred 941 deposits for employer share of FICA for Q2,Q3,Q4 of 2020. 50% repaid 1/1/22.** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address **WA Dept of Labor & Industries PO Box 44140 Olympia, WA 98504** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $36,213.00 | $36,213.00 |
| | Date or dates debt was incurred | Basis for the claim: **Washington State Employer Assistance Program Deferred L&I deposit for Q3 of 2021** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,506.00 |
| --- | --- | --- | --- |

**Adams Vegetable Oils**
PO Box 956
Arbuckle, CA 95912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Ingredient.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,906.00 |
| --- | --- | --- | --- |

**Alliance Packaging**
PO BOX 749702
LOS ANGELES, CA 90074-9702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Packaging.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,613.00 |
| --- | --- | --- | --- |

**American Key Food Products**
1 Reuten Dr
Closter, NJ 07624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Ingredient.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,219.87 |
| --- | --- | --- | --- |

**Aramark AUS West Lockbox**
PO Box 101179
Pasadena, CA 91189-1179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,266.00 |
| --- | --- | --- | --- |

**Bakemark**
PO Box 102566
Pasadena, CA 91189-2566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Ingredient.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
| --- | --- | --- | --- |

**Biologic Resources LLC**
10260 SW Nimbus Ave
Suite M11
Portland, OR 97223-4356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,284.00 |
| --- | --- | --- | --- |

**Biospringer**
PO Box 78209
Milwaukee, WI 53278-8209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Ingredient.**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** |

**Bridgewell Agribusiness LLC**
**PO BOX 2289**
**Clackamas, OR 97015-9594**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ingredient.**

Is the claim subject to offset? ■ No ☐ Yes

**$65,159.00**

| | |
|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** |

**Burdette Beckmann, Inc**
**5851 Johnson Street**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.68**

| | |
|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** |

**Capitol Food Company**
**PO Box 6629**
**1801 W Olympic Blvd**
**Pasadena, CA 91109-6572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$88.75**

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

**Celtic Marketing Food Brokers Inc**
**1350 Main Street**
**Saint Johnsbury, VT 05819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$359.33**

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**CHEP**
**15226 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7.53**

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Colorado Mills**
**PO Box 1155**
**Lamar, CO 81052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,278.03**

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**DAVIS WRIGHT TREMAINE**
**920 FIFTH AVE**
**SUITE 3300**
**Seattle, WA 98104-1610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal.**

Is the claim subject to offset? ■ No ☐ Yes

**$26,508.00**

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,546.07 |
|---|---|---|---|

**Daymon Worldwide Inc**
PO Box 744820
Atlanta, GA 30374-4820

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,663.00 |
|---|---|---|---|

**DFMI**
4305 Lynburn Drive
Tucker, GA 30084

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Rep/Broker._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.58 |
|---|---|---|---|

**Empire Foods**
PO Box 776751
Chicago, IL 60677-6751

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,888.34 |
|---|---|---|---|

**Estate of Marian Harris**
5210 41st Ave. SW
Seattle, WA 98136

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Shareholder Loan 9/14/2006 Promissory Note_
_Principal $9,183.08_
_Principal and interest through 12.31.2021 $32,888.34_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.73 |
|---|---|---|---|

**EXCEL PACKAGING**
6127 Nicklaus Loop North
Keizer, OR 97303

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**FOCS**
P.O. BOX 142
LAKEBAY, WA 98349

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,100.00 |
|---|---|---|---|

**Gemsa Oils**
PO Box 1447
La Mirada, CA 90637-1447

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Ingredient._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.77 |
| --- | --- | --- | --- |
| | **Global Sales and Marketing**<br>**9294 Yorkship Ct**<br>**Elk Grove, CA 95758** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,544.00 |
| --- | --- | --- | --- |
| | **Grain Millers**<br>**PO Box 912202**<br>**Denver, CO 80291-2202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Ingredient.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.19 |
| --- | --- | --- | --- |
| | **GRAINGER**<br>**DEPT 845078021**<br>**PO Box 41267**<br>**KANSAS CITY, MO 64141-6267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,131.00 |
| --- | --- | --- | --- |
| | **Great Little Box Company**<br>**607 RIverside Rd, #100**<br>**Everett, WA 98201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Packaging.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,044.00 |
| --- | --- | --- | --- |
| | **IEH Laboratories**<br>**15300 Bothell Way NE**<br>**Seattle, WA 98155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.37 |
| --- | --- | --- | --- |
| | **INTERNATIONAL BELT AND RUBBER**<br>**SUPPLY**<br>**4132 B PLACE NW**<br>**AUBURN, WA 98001-2446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,000.00 |
| --- | --- | --- | --- |
| | **ISC Inc.**<br>**8222 S. 228th St.**<br>**Kent, WA 98032** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consulting Fee__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.69 |
|---|---|---|---|

**JA WORD INC**
127 Emerald Lake Dr
Pelham, AL 35124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,386.00 |
|---|---|---|---|

**Lineage Logistics**
PO Box 101389
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Warehousing.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,452.62 |
|---|---|---|---|

**McMASTER CARR**
PO BOX 7690
CHICAGO, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167,089.00 |
|---|---|---|---|

**Medosweet**
PO Box 749
Kent, WA 98035-0749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ingredient.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.23 |
|---|---|---|---|

**Mountain Pacific Machinery**
11705 SW 68th Ave
Portland, OR 97223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,108.00 |
|---|---|---|---|

**Napoleon Company**
310 120th Ave NE
A203
BELLEVUE, WA 98005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Ingredient.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.15 |
|---|---|---|---|

**Pacific Spice Company**
6430 E SLAUSON AVE
COMMERCE, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,678.00 |
|---|---|---|---|

**Portco Packaging**
211 5th St
**WOODLAND, WA 98674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Packaging.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Premium Brands Operating LP**
100-10991 Shellbridge Way
**Richmond BC V6X 3C6**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620,081.50 |
|---|---|---|---|

**Premium Brands Operating LP**
100-10991 Shellbridge Way
**Richmond BC V6X 3C6**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty Fee**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540,000.00 |
|---|---|---|---|

**Premium Brands Operating LP**
100-10991 Shellbridge Way
**Richmond BC V6X 3C6**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consulting Fee**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,049.00 |
|---|---|---|---|

**PSE**
PO BOX 91269
**BELLEVUE, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Phone & Utilities.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,107.22 |
|---|---|---|---|

**Puratos Bakery Supply**
PO BOX 399206
**SAN FRANCISCO, CA 94139-9206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,484.97 |
|---|---|---|---|

**Recology Cleanscapes**
PO Box 35146
**LB 1127**
**Seattle, WA 98124-5146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,747.50 |
| --- | --- | --- | --- |

**Reliable Products**
15520 Wdnvl- Redmond Road NE
Suite D-200
Woodinville, WA 98072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $824.04 |
| --- | --- | --- | --- |

**Rochester Midland Corporation**
PO BOX 64462
ROCHESTER, NY 14624-6862

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,988.00 |
| --- | --- | --- | --- |

**Rogers Foods LTD**
4420 Larkin Cross Rd
Armstrong, BC V0E1B6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ingredient.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,875.00 |
| --- | --- | --- | --- |

**Royal Ingredients**
PO Box 7287
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ingredient.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,187.50 |
| --- | --- | --- | --- |

**Sensient Natural Ingredients**
4015 Solutions Center
Chicago, IL 60677-4000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $865.89 |
| --- | --- | --- | --- |

**SPRAGUE PEST SOLUTION**
PO Box 35129
Seattle, WA 98124-5129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,097.30 |
| --- | --- | --- | --- |

**Sunbelt Rentals**
PO BOX 409211
ATLANTA, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$295,901.95** |
|---|---|---|---|

**Thomas E. Harris**
**5210 41st Ave. SW**
**Seattle, WA 98136**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder Loan 7/15/1993 Promissory Note**
**Principal $16,590.57**
**Principal and interest through 12.31.2021 $295,901.95**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,783.00** |
|---|---|---|---|

**Transcendia**
**PO Box 1418**
**Carol Stream, IL 60132-1418**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Packaging.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,521.60** |
|---|---|---|---|

**ULINE**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$391.12** |
|---|---|---|---|

**United Sales and Services**
**8011 N I-70 Frontage Road**
**Arvada, CO 80002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,125.00** |
|---|---|---|---|

**Universal Refrigeration Inc**
**PO Box 614**
**Auburn, WA 98071**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,763.44** |
|---|---|---|---|

**Western Print Systems**
**1313 Bonneville Ave #103**
**Snohomish, WA 98290**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Woodland Pallet**
**104 Whalen Rd**
**Woodland, WA 98674**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Packaging.**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 127,187.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,500,965.96 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 3,628,152.96 |

Fill in this information to identify the case:

Debtor name **Partners, A Tasteful Choice Company**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Packaging contract** | |
| | State the term remaining | | **Alliance Packaging** |
| | List the contract number of any government contract | | **P.O. Box 749702** |
| | | | **Los Angeles, CA 90074** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract uniforms** | |
| | State the term remaining | | **Aramark** |
| | List the contract number of any government contract | | **PO Box 101179** |
| | | | **Pasadena, CA 91189** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cara Figgins** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease 2361 South 211th St., Des Moines, WA 98198** | |
| | State the term remaining | | **Des Moines Creek ILP LLC** |
| | List the contract number of any government contract | | **600 California St.** |
| | | | **Suite 500** |
| | | | **San Francisco, CA 94108** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sanitation Contract** | |
|---|---|---|---|
| | State the term remaining | | **Facility Maintenance Contracto** |
| | List the contract number of any government contract | | **1018 W James St** **Kent, WA 98032** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Recycling contract** | |
|---|---|---|---|
| | State the term remaining | | **Feed Commodities LLC** |
| | List the contract number of any government contract | | **2006 Portland Ave** **Tacoma, WA 98421** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Greg Maestretti** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Storage contract** | |
|---|---|---|---|
| | State the term remaining | | **Lineage Logistics** |
| | List the contract number of any government contract | | **PO Box 101389** **Pasadena, CA 91189** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | | **Meridian Scale** |
| | List the contract number of any government contract | | **8702 South 222nd Street** **Kent, WA 98031** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift lease** | |
|---|---|---|---|
| | State the term remaining | | **Northwest Handling Systems** |
| | List the contract number of any | | **PO Box 749861** **Los Angeles, CA 90074-9861** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | | **Northwest Welding And Gases** |
| | List the contract number of any government contract | | **22220 84th Ave. South** **Kent, WA 98032** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract** | |
|---|---|---|---|
| | State the term remaining | | **Pape Material Handling Exch.** **PO Box 35144** |
| | List the contract number of any government contract | | **#5077** **Seattle, WA 98124-5144** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Flour contract** | |
|---|---|---|---|
| | State the term remaining | | **Rochester Midland Corporation** |
| | List the contract number of any government contract | | **PO BOX 64462** **Rochester, NY 14624-6862** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Flour contract** | |
|---|---|---|---|
| | State the term remaining | | **Royal Ingredients** |
| | List the contract number of any government contract | | **P.O. Box 7287** **Carol Stream, IL 60197** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control contract** | |
|---|---|---|---|
| | State the term remaining | | **Sprague Pest Solution** |
| | List the contract number of any government contract | | **P.O. Box 35129** **Seattle, WA 98124** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Software contract** | **SPS Commerce** **PO Box 9202, VB Box 3** **Minneapolis, MN 55480** |
|---|---|---|---|



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | State the term remaining | |
|---|---|---|
|   | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Security contract** |
|---|---|---|
|   | State the term remaining | |
|   | List the contract number of any government contract | **Statewide Security**<br>**PO BOX 2019**<br>**Redmond, WA 98073** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract** |
|---|---|---|
|   | State the term remaining | |
|   | List the contract number of any government contract | **Universal Refrigeration Inc**<br>**PO Box 614**<br>**Auburn, WA 98071** |

**Fill in this information to identify the case:**

Debtor name    **Partners, A Tasteful Choice Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Premium Brands Operating LP** | **100-10991 Shellbridge Way Richmond BC V6X 3C6** | **Wells Fargo Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Premium Brands Operating LP** | **100-10991 Shellbridge Way Richmond BC V6X 3C6** | **Wells Fargo Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Western District of Washington

In re   **Partners, A Tasteful Choice Company** _____   Case No. _____

Debtor(s)                                                         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **10325660 Canada Inc.** | | **25%** | **shares** |
| **Cara Figgins** | | **18.75%** | **shares** |
| **Estate of Marian Harris** | | **37.5%** | **shares** |
| **Greg Maestretti** | | **18.75%** | **shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 13, 2022** _____   Signature   **/s/ Cara Figgins** _____

**Cara Figgins**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **Partners, A Tasteful Choice Company**            Case No. _____

                                    Debtor(s)           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 13, 2022**                  **/s/ Cara Figgins**
                                           **Cara Figgins**/**President**
                                           Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

```
US ATTORNEY
ATTN  BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


THOMAS A. BUFORD
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


PARTNERS, A TASTEFUL CHOICE COMPANY
PO BOX 13688
DES MOINES, WA 98198-9998
```

ADAMS VEGETABLE OILS
PO BOX 956
ARBUCKLE, CA 95912


ALLIANCE PACKAGING
PO BOX 749702
LOS ANGELES, CA 90074-9702


ALLIANCE PACKAGING
P.O. BOX 749702
LOS ANGELES, CA 90074


AMERICAN KEY FOOD PRODUCTS
1 REUTEN DR
CLOSTER, NJ 07624


ARAMARK
PO BOX 101179
PASADENA, CA 91189


ARAMARK AUS WEST LOCKBOX
PO BOX 101179
PASADENA, CA 91189-1179


BAKEMARK
PO BOX 102566
PASADENA, CA 91189-2566


BIOLOGIC RESOURCES LLC
10260 SW NIMBUS AVE
SUITE M11
PORTLAND, OR 97223-4356


BIOSPRINGER
PO BOX 78209
MILWAUKEE, WI 53278-8209


BRIDGEWELL AGRIBUSINESS LLC
PO BOX 2289
CLACKAMAS, OR 97015-9594


BURDETTE BECKMANN, INC
5851 JOHNSON STREET
HOLLYWOOD, FL 33021

CAPITOL FOOD COMPANY
PO BOX 6629
1801 W OLYMPIC BLVD
PASADENA, CA 91109-6572


CELTIC MARKETING FOOD BROKERS INC
1350 MAIN STREET
SAINT JOHNSBURY, VT 05819


CHEP
15226 COLLECTIONS CENTER DR
CHICAGO, IL 60693


COLORADO MILLS
PO BOX 1155
LAMAR, CO 81052


DAVIS WRIGHT TREMAINE
920 FIFTH AVE
SUITE 3300
SEATTLE, WA 98104-1610


DAYMON WORLDWIDE INC
PO BOX 744820
ATLANTA, GA 30374-4820


DFMI
4305 LYNBURN DRIVE
TUCKER, GA 30084


EMPIRE FOODS
PO BOX 776751
CHICAGO, IL 60677-6751


ESTATE OF MARIAN HARRIS
5210 41ST AVE. SW
SEATTLE, WA 98136


EXCEL PACKAGING
6127 NICKLAUS LOOP NORTH
KEIZER, OR 97303


FOCS
P.O. BOX 142
LAKEBAY, WA 98349

```
GEMSA OILS
PO BOX 1447
LA MIRADA, CA 90637-1447


GLOBAL SALES AND MARKETING
9294 YORKSHIP CT
ELK GROVE, CA 95758


GRAIN MILLERS
PO BOX 912202
DENVER, CO 80291-2202


GRAINGER
DEPT 845078021
PO BOX 41267
KANSAS CITY, MO 64141-6267


GREAT LITTLE BOX COMPANY
607 RIVERSIDE RD, #100
EVERETT, WA 98201


GREG MAESTRETTI


IEH LABORATORIES
15300 BOTHELL WAY NE
SEATTLE, WA 98155


INTERNAL REVENUE SVC (UT)
OGDEN, UT 84201-0059


INTERNATIONAL BELT AND RUBBER SUPPLY
4132 B PLACE NW
AUBURN, WA 98001-2446


ISC INC.
8222 S. 228TH ST.
KENT, WA 98032


JA WORD INC
127 EMERALD LAKE DR
PELHAM, AL 35124
```

```
LINEAGE LOGISTICS
PO BOX 101389
PASADENA, CA 91189


MCMASTER CARR
PO BOX 7690
CHICAGO, IL 60680-7690


MEDOSWEET
PO BOX 749
KENT, WA 98035-0749


MOUNTAIN PACIFIC MACHINERY
11705 SW 68TH AVE
PORTLAND, OR 97223


NAPOLEON COMPANY
310 120TH AVE NE
A203
BELLEVUE, WA 98005


PACIFIC SPICE COMPANY
6430 E SLAUSON AVE
COMMERCE, CA 90040


PORTCO PACKAGING
211 5TH ST
WOODLAND, WA 98674


PREMIUM BRANDS OPERATING LP
100-10991 SHELLBRIDGE WAY
RICHMOND BC V6X 3C6


PSE
PO BOX 91269
BELLEVUE, WA 98009-9269


PURATOS BAKERY SUPPLY
PO BOX 399206
SAN FRANCISCO, CA 94139-9206


RECOLOGY CLEANSCAPES
PO BOX 35146
LB 1127
SEATTLE, WA 98124-5146
```

RELIABLE PRODUCTS
15520 WDNVL- REDMOND ROAD NE
SUITE D-200
WOODINVILLE, WA 98072


ROCHESTER MIDLAND CORPORATION
PO BOX 64462
ROCHESTER, NY 14624-6862


ROGERS FOODS LTD
4420 LARKIN CROSS RD
ARMSTRONG, BC V0E1B6


ROYAL INGREDIENTS
PO BOX 7287
CAROL STREAM, IL 60197


RYAN SWANSON & CLEVELAND PLLC
KRISTIN NEALEY MEIER
1201 THIRD AVE.#3400
SEATTLE, WA 98101


SENSIENT NATURAL INGREDIENTS
4015 SOLUTIONS CENTER
CHICAGO, IL 60677-4000


SPRAGUE PEST SOLUTION
PO BOX 35129
SEATTLE, WA 98124-5129


SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-9211


THOMAS E. HARRIS
5210 41ST AVE. SW
SEATTLE, WA 98136


TRANSCENDIA
PO BOX 1418
CAROL STREAM, IL 60132-1418


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

UNITED SALES AND SERVICES
8011 N I-70 FRONTAGE ROAD
ARVADA, CO 80002


UNIVERSAL REFRIGERATION INC
PO BOX 614
AUBURN, WA 98071


WA DEP'T OF LABOR & INDUSTRIES
PO BOX 44140
OLYMPIA, WA 98504


WELLS FARGO
1700 LINCOLN ST. 3RD FLOOR
MAC C7300-033
DENVER, CO 80203


WELLS FARGO BANK
MAC 01005-030
200 BURRARD ST., 3RD FLOOR
VANCOUVER BC V6C 3L6


WESTERN PRINT SYSTEMS
1313 BONNEVILLE AVE #103
SNOHOMISH, WA 98290


WOODLAND PALLET
104 WHALEN RD
WOODLAND, WA 98674

# United States Bankruptcy Court
## Western District of Washington

In re    **Partners, A Tasteful Choice Company**

                               Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Partners, A Tasteful Choice Company**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 13, 2022**

Date

**/s/ Thomas A. Buford**

**Thomas A. Buford**

Signature of Attorney or Litigant

Counsel for    **Partners, A Tasteful Choice Company**

**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**tbuford@bskd.com**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com